UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville Division



MAY - 4 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Andrew Cummings )

_____ )

_____ )

(Enter above the NAME of the
plaintiff in this action.) )

3:21-mc-36
Crytzer/Guyton

v. )

Knox Co. Sheriff's )

Office )

_____ )

(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Knox Co. Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I put a grievance on this matter

2. What was the result? was no result

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Andrew Lee Cummings

Present address: 5001 maloneyville RD Knox, TN 37918

Permanent home address: 601 hillview RD Knox, TN 37919

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Tom Spangler

Official position: Knox Co. Sheriff

Place of employment: Knox Co. Sheriff's Department

C. Additional defendants: officer gann

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I have asked officer gann to wear his

3

Covid-19 mask and he tells me that he does not have to wear it. It is on camra that he is not wearing his mask. I could have potentialy catch Covid-19 and be hospitalized or worse Death

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Potential embursment for the pain & suffering of NOT Knowing if he has passed The COVID-19 virus.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 15TH day of April, 20 21.

Andrew Cummings
Signature of plaintiff(s)

5

Andrew Cummings #1110618
5001 Maloneyville Rd
Knox, TN 37918

KNOXVILLE TN 377
29 APR 2021 PM 1 L

EarthDay

FOREVER / USA

INSPECTED

900 Market Street
Suite 130
Knox, TN 37902

RECEIVED
MAY - 4 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Legal Mail

Sender is an inmate of